IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE HUNSINGER, | § |
| Plaintiff, | § § § |
| v. | §   Case No. 3:21-CV-1598-D |
| ALPHA CASH BUYERS LLC and JONATHAN SUCAMELE, | § § § |
| Defendant. | |

### ORDER GRANTING OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

Before the Court is Defendants ALPHA CASH BUYERS, LLC AND JONATHAN SUCAMELE's Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. After taking into consideration the Offer of Judgment and concurrently filed supporting documents, the responses and replies thereto, and pleadings on file, and the oral argument of the parties, the Court finds the Offer of Judgment should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that Judgment is hereby entered as follows:

1. Defendant shall pay to the Plaintiffs the sum total of $5,000.00;

2. The Court shall dismiss with prejudice this action for violations of the Telephone Consumer Protection Act;

3. This judgment is in total resolution of any and all claims and allegations by the Plaintiffs against, implicating, or involving all Defendants named and unnamed and its current and former employees, owners, and agents; and

4. This judgment shall act to dismiss with prejudice all claims of the Plaintiffs as to Defendant and Defendant's current and former employees, owners, and agents.

This case is closed, and the trial setting and all deadlines are vacated.

DATED: June 6, 2022

_____
SIDNEY A. FITZWATER
SENIOR JUDGE